UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<u>**IN RE:**</u>

<u>**FOSAMAX PRODUCTS LIABILITY**</u>
<u>**LITIGATION**</u>

<u>**MASTER FILE**</u>
**No. 1:06-md-01789-JFK-JCF**

*This document relates to:*
*Linda Secrest v. Merck & Co., Inc.*

*Case No.: 1:06-cv-06292-JFK*

<u>**PLAINTIFF'S MOTION IN LIMINE**</u>

COMES NOW LINDA SECREST, Plaintiff herein, and for the reasons stated in the memorandum of authorities filed contemporaneously herewith, moves this Court to exclude certain lines of irrelevant and unfairly prejudicial evidence from the trial of this case.

RESPECTFULLY SUBMITTED, this ___ day of August, 2011.

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
RAFFERTY & PROCTOR, P.A.

_____
TIMOTHY M. O'BRIEN, ESQ.
Florida Bar No. 055565
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7084; FAX (850) 435-7020

Counsel for Linda Secrest

## CERTIFICATE OF SERVICE

On this 2d day of August, 2011, I certify that I filed by ECF and sent by first class U.S. Mail a copy of the foregoing to the following:

VENABLE LLP
Paul F. Strain, Esq.
M. King Hill, III, Esq.
David J. Heubeck, Esq.
750 E. Pratt Street, Suite 900
Baltimore, MD 21202

HUGHES HUBBARD & REED LLP
Norman C. Kleinberg
Theodore V.H. Mayer
William J. Beausoleil
One Battery Park Plaza
New York, NY 10004

LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.

_____
TIMOTHY M. O'BRIEN, ESQ.
Florida Bar No. 055565
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7084; FAX (850) 435-7020

Counsel for Linda Secrest